IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MONTGOMERY COUNTY BOARD OF COUNTY COMMISSIONERS, *et al.* | ) ) ) | Case No. 3:18-cv-00293 |
| Plaintiffs, | ) ) | Judge Thomas M. Rose |
| v. | ) ) | |
| PURDUE PHARMA L.P., *et al.* | ) ) | **ORDER** |
| Defendants. | ) ) | |

Upon consideration it is herby

**ORDERED** that the Unopposed Motion of the Manufacturer Defendants to Stay the Date by Which to Respond to Plaintiffs' Complaint and For an Extension of Time Pending Final Determination of Removal is **GRANTED**; it is further

**ORDERED** that the date by which the following Defendants shall answer, move, or otherwise respond to Plaintiffs' Complaint is hereby stayed pending a final determination of removal: Purdue Pharma L.P., Purdue Pharma Inc., The Purdue Frederick Company Inc., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Mallinckrodt, LLC, Mallinckrodt plc, and SpecGx LLC. and it is further

**ORDERED** that the following Defendants shall have thirty (30) days after the final determination of removal by which to answer, move, or otherwise respond to Plaintiff's Complaint: Purdue Pharma L.P., Purdue Pharma Inc., The Purdue Frederick Company Inc., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Johnson & Johnson, Janssen Pharmaceuticals, Inc.,

Ortho-McNeil-Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Mallinckrodt, LLC, Mallinckrodt plc, and SpecGx LLC.

**IT IS SO ORDERED**.

ENTERED this _31st  day August, 2018

*s/ Thomas M. Rose*

Thomas M. Rose
UNITED STATES DISTRICT JUDGE

or

Sharon L. Ovington
UNITED STATES MAGISTRATE JUDGE